UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-425-RJC

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>RONALD E. PHILLIPS, )<br>)<br>Respondent. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court on Wells Fargo Advisors, LLC's ("Wells Fargo") Motion to Confirm Arbitration Award. (Doc. No. 1). Section 9 of the Federal Arbitration Act ("FAA") provides that any time within one year after an arbitration award is made, a party to the arbitration may apply to a federal district court for an order confirming the award. 9 U.S.C. § 9. The federal court's review of an arbitration award is "substantially circumscribed." Three S Del., Inc. v. Dataquick Info. Sys., Inc., 492 F.3d 520, 527 (4th Cir. 2007) (quoting Patten v. Signator Ins. Agency, Inc., 441 F.3d 230, 234 (4th Cir. 2006)). A district court's authority to review an arbitration award "is among the narrowest known at law because to allow full scrutiny of such awards would frustrate the purpose of having arbitration at all . . . ." Id. (quoting Apex Plumbing Supply, Inc. v. U.S. Supply Co., Inc., 142 F.3d 188, 193 (4th Cir.1998)). The court must confirm the arbitration award unless the award is vacated, modified, or corrected pursuant to Section 10 or 11 of the FAA. Hall Street Assocs., L.L.C. v. Mattel, Inc., 552 U.S. 576 (2008) (citing 9 U.S .C. § 9).

Finding no grounds to vacate, modify, or correct the arbitration award, the Court will **GRANT** Wells Fargo's Motion to Confirm Arbitration Award. (Doc. No. 1).

Signed: September 30, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge